UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MILLIGAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN AIRLINES, INC., and DOES ONE through and included DOE ONE-HUNDRED,<br><br>　　　　　　　Defendants. | Case No. Case No. CV07-03688 R(SSx)<br><br>**[PROPOSED] JUDGMENT ON ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Manuel L. Real<br><br>Date:　　January 22, 2007<br>Time:　　10:00 a.m.<br>Dept:　　8<br><br>Trial:　　March 25, 2008 |

　　Defendant American Airlines, Inc. ("Defendant") filed a Motion for Summary Judgment Or, In The Alternative, Summary Adjudication Of Issues on December 28, 2007.

　　The Court, having considered the parties' moving, opposing, and reply papers and the evidentiary record as a whole (including the reasons set forth in Defendant's Statement Of Uncontroverted Facts And Conclusions Of Law In Support Of Defendant's Motion For Summary Judgment Or, In The Alternative, Summary Adjudication), concluded that all of Plaintiff's claims fail as a matter of law. Accordingly, the Court granted Defendant's Motion for Summary Judgment

1  on this claim. The Order Granting Defendant's Motion for Summary Judgment Or,
2  In The Alternative, Summary Adjudication is attached hereto as Exhibit "A" and is
3  hereby incorporated in its entirety by reference. In addition, Defendant's Statement
4  Of Uncontroverted Facts And Conclusions Of Law In Support Of Defendant's
5  Motion For Summary Judgment Or, In The Alternative, Summary Adjudication is
6  attached hereto as Exhibit "B" and is hereby incorporated in its entirety by
7  reference.

9  **NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND**
10 **DECREED:**

12 Judgment shall be entered in favor of Defendant and against Plaintiff Mary
13 Milligan ("Plaintiff"); the action of Plaintiff against Defendant is dismissed in its
14 entirety. Plaintiff shall take nothing on her action against Defendant; and
15 Defendant shall recover reasonable costs.

17 Dated: <u>January 28, 2008</u>   _____
                                    The Honorable Manuel L. Real
18                                  United States District Judge

21 Respectfully Submitted by:
22 MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Ave., 22nd Floor
23 Los Angeles, California 90071-3132

24 By:   /s/ Donna Mo
25       Donna Mo
         Attorneys for Defendant
26       American Airlines, Inc.

27
28